# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH P. BLOOD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 06-CA-10848-MEL |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest, with all parties waiving all rights of appeal.

Respectfully submitted,

Dated: Boston, Massachusetts
   January 26, 2010

JOSEPH P. BLOOD, on behalf of himself and all others similarly situated.

By his attorneys,

s/ Shannon Liss-Riordan
Shannon Liss-Riordan (BBO #640716)
Hillary Schwab (BBO #666029)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, Massachusetts 02114
Telephone: 617-994-5800

| | |
|---|---|
| Dated: Boston, Massachusetts<br>January 26, 2010 | CITIGROUP GLOBAL MARKETS INC. f/k/a<br>SALOMON SMITH BARNEY INC.<br><br>By its attorneys,<br><br>s/ Jeffrey I. Kohn<br>Raquel J. Webster (BBO #658796)<br>BINGHAM MC CUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Telephone: 617-951-8508<br>Facsimile: 617-951-8736<br><br>Jeffrey I. Kohn (admitted *pro hac vice*)<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: 212-326-2067<br>Facsimile: 212-326-2061 |